**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6261**

———————

NICHOLAS WARNER JONES, a/k/a Charles Jones,

                                    Plaintiff - Appellant,

        versus

R. TANNER, Lieutenant, C.O., IV; KEVIN K.
SMITH, Captain; CHARLES SMITH, Officer, C.O.,
II; SHANOLIA GAITHER, Ms., and Each above
Maryland State Division of Correction Officer
is sued in his Official capacity & individual
capacity,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-99-
688-L)

———————

Submitted: April 27, 2000            Decided: May 3, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Nicholas Warner Jones, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Gloria Wilson Shelton, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nicholas Warner Jones appeals the district court order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint and denying his request for leave to amend his complaint, and a subsequent order denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jones v. Tanner, No. CA-99-688-L (D. Md. Feb. 8 & Mar. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2